JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NIGEL M. STIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY MADINA et al.,<br><br>Defendants. | Case No. LA CV 21-02228-VBF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice for failure to prosecute.

/s/ Valerie Baker Fairbank

Date: July 7, 2023

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge